FILED

04/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0391

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0391

_____

TRACY FORTNER AND MARCY FORTNER,

  Petitioners and Appellants,

v.             O R D E R

BROADWATER CONSERVATION DISTRICT,

  Respondent and Appellee.

_____

  Appellants have filed a motion for an extension of time within which to file their reply brief. Good cause appearing,

  IT IS HEREBY ORDERED that motion is GRANTED. Appellants' reply brief shall be filed on or before June 3, 2021.

  No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2021